CITY OF NEW YORK, Respondent, v GRANITE STATE INSURANCE COMPANY, Appellant.

Submitted August 1, 2016; decided September 20, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GARTHON BUSINESS INC. et al., Respondents, v KIRILL ACE STEIN et al., Appellants.

Submitted September 12, 2016; decided September 20, 2016

Motion to vacate stay denied.

In the Matter of JESSICA C. GRAHAM, Appellant, v CHARLES T. RAWLEY, Respondent. (Proceeding Nos. 1 and 3.)

In the Matter of CHARLES T. RAWLEY, Respondent, v JESSICA GRAHAM, Appellant. (Proceeding Nos. 2 and 4.)

Submitted July 5, 2016; decided September 20, 2016

Reported below, 140 AD3d 765.

Motion, insofar as it seeks leave to appeal from those portions of the Appellate Division order as affirmed so much of Family Court's orders as denied appellant Jessica C. Graham's violation application and as denied her motion to vacate a prior Family Court order, dismissed upon the ground that such portions of the Appellate Division order do not finally determine a proceeding within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from remaining portions of the Appellate Division order, denied.